IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| DAIRYLAND ANIMAL CLINIC, S.C., a Wisconsin corporation, individually and as the representative of a class of similarly-situated persons, | )<br>)<br>)<br>) Civil Action No. 3:15-cv-00380<br>) |
| Plaintiff, | ) **CLASS ACTION** |
| v. | ) Hon. William M. Conley<br>) |
| VETEL DIAGNOSTICS, INC. and JOHN DOES 1-10, | ) Magistrate: Hon. Stephen L. Crocker<br>)<br>) |
| Defendants. | ) |

### NOTICE OF VOLUNTARY DISMISSAL

Pursuant to Fed. R. Civ. Proc. 41(a)(1)(A)(i), Plaintiff, DAIRYLAND ANIMAL CLINIC, S.C., through its undersigned attorney, hereby voluntarily dismisses this action with prejudice, class allegations without prejudice.  Each party to bear its own costs.

Dated:  September  17, 2015                           Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　　　　　s/ Brian J. Wanca
　　　　　　　　　　　　　　　　　　　　　　　　Brian J. Wanca
　　　　　　　　　　　　　　　　　　　　　　　　Ryan M. Kelly
　　　　　　　　　　　　　　　　　　　　　　　　Anderson + Wanca
　　　　　　　　　　　　　　　　　　　　　　　　3701 Algonquin Road, Suite 500
　　　　　　　　　　　　　　　　　　　　　　　　Rolling Meadows, IL  60008
　　　　　　　　　　　　　　　　　　　　　　　　(847) 368-1500
　　　　　　　　　　　　　　　　　　　　　　　　bwanca@andersonwanca.com

　　　　　　　　　　　　　　　　　　　　　　　　*Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

      I hereby certify that on September 17, 2015, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system.

                                                                     s/ Brian J. Wanca